1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DEBRA JENE PATEL-JULSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  2:12-cv-01023-APG-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| PAUL SMITH LAS VEGAS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Stipulation to Extend the Deadline for Dispositive Motions (#77), filed March 28, 2014.  The stipulation does not comply with Local Rule 26-4. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulation to Extend the Deadline for Dispositive Motions (#77) is **denied**.

**IT IS FURTHER ORDERED** that, in order to ensure future compliance with the Local Rules, **all counsel of record listed on CM/ECF shall individually submit a notice to the court by April 7, 2014** certifying that they have personally reviewed the requirements set forth in Local Rule 26-4.

DATED: March 31, 2014.

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**