1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
7 **DISTRICT OF NEVADA**
8
9 DEBRA JENE PATEL-JULSON,                    )
                                             )
10              Plaintiff,                    )        Case No.  2:12-cv-01023-CWH (Consent)
                                             )
11 vs.                                        )        **ORDER**
                                             )
12 PAUL SMITH LAS VEGAS, INC,                 )
                                             )
13              Defendant.                    )
   _____)
14
15          This matter is before the Court on Plaintiff's Motion to Strike (#120), filed February 5, 2015.
16 Final judgment having been entered, Plaintiff's motion is untimely and moot.  Accordingly,
17          **IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike (#120) is **denied**.
18          DATED: February 17, 2015.
19
20                                              _____
                                               **C.W. Hoffman, Jr.**
21                                             **United States Magistrate Judge**
22
23
24
25
26
27
28